No. 84–836. VASQUEZ, WARDEN *v.* HILLERY. C. A. 9th Cir. [Certiorari granted, 470 U. S. 1026.] Motion of NAACP Legal Defense & Educational Fund, Inc., for leave to file a brief as *amicus curiae* granted.

No. 84–1160. PEMBAUR *v.* CITY OF CINCINNATI ET AL. C. A. 6th Cir. [Certiorari granted, 472 U. S. 1016.] Motion of American Civil Liberties Union et al. for leave to file a brief as *amici curiae* granted.

No. 84–1244. DAVIS ET AL. *v.* BANDEMER ET AL. D. C. S. D. Ind. [Probable jurisdiction noted, 470 U. S. 1083.] Motion of Indiana State Conference of NAACP Branches for leave to file out-of-time motion for divided argument denied.

No. 84–1288. EVANS, GOVERNOR OF IDAHO, ET AL. *v.* JEFF D. ET AL., MINORS, BY AND THROUGH THEIR NEXT FRIEND, JOHNSON, ET AL. C. A. 9th Cir. [Certiorari granted, 471 U. S. 1098.] Motion of the Acting Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 84–1340. WYGANT ET AL. *v.* JACKSON BOARD OF EDUCATION ET AL. C. A. 6th Cir. [Certiorari granted, 471 U. S. 1014.] Motion of the Acting Solicitor General for leave to participate in oral argument as *amicus curiae,* for divided argument, and for additional time for oral argument denied.

No. 84–1360. CITY OF RENTON ET AL. *v.* PLAYTIME THEATRES, INC., ET AL. C. A. 9th Cir. [Probable jurisdiction noted, 471 U. S. 1013.] Motions of National Institute of Municipal Law Officers, National League of Cities et al., and Freedom Council Foundation for leave to file briefs as *amici curiae* granted.